1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| ROCHELL LAMB, | ) Case No. ED CV 12-1707 JCG |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

19      IT IS ADJUDGED that the decision of the Commissioner of the Social

20  Security Administration is **AFFIRMED**.

21

22  DATED: August 7, 2013

23

24                              _____

25                                      Hon. Jay C. Gandhi
                                   United States Magistrate Judge

26
27
28